UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

ROGER DALE JENNINGS,                    )
                                        )
                Plaintiff,              )
                                        )
v.                                      )        No. 3:18-CV-109-HBG
                                        )
ANDERSON COUNTY, TENNESSEE,             )
                                        )
                                        )
                Defendant.              )

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Plaintiff's Unopposed Motion to Extend Expert Disclosure Deadlines [Doc. 15]. Specifically, Plaintiff requests that his expert disclosure deadline be extend to March 8, 2019, and that Defendant's expert disclosure deadline be extended to April 8, 2019. For grounds, Plaintiff states that he retained Dr. Charles Baum to serve as his testifying economic expert, but Dr. Baum was recently elected as a state representative and has just begun the Tennessee General Assembly's legislative session as a freshman legislator. Plaintiff states that Dr. Baum's report will not be completed by February 4, 2019. Plaintiff states that the proposed modified deadlines will not affect the dispositive motion deadline or the trial date in this matter.

Because the parties are in agreement and for good cause shown, the Court hereby **GRANTS** Plaintiff's Unopposed Motion to Extend Expert Disclosures Deadlines [**Doc. 15**]. The

Court **ORDERS** Plaintiff to submit his expert disclosures on or before **March 8, 2019**, and Defendant shall submit its expert disclosures on or before **April 8, 2019**.

**IT IS SO ORDERED.**

ENTER:

United States Magistrate Judge